UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN J. HILL,

        Plaintiff(s),                   No. C 12-0610 PJH

  v.                                 **ORDER OF DISMISSAL**

HARTFORD LIFE INSURANCE COMPANY,

        Defendant(s).
_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the active calendar.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.  The parties may substitute this conditional dismissal with their own dismissal with prejudice before expiration of the sixty-day period.

      IT IS SO ORDERED.

Dated:  July 13, 2012

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                     United States District Judge